Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–29190–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lydell Giddins | Nikki E. Giddins |
| 22 Pennsylvania Ave | 22 Pennsylvania Ave |
| Stratford, NJ 08084 | Stratford, NJ 08084 |

Social Security No.:
  xxx–xx–5750                                                                 xxx–xx–1665

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 25, 2017          Andrew B. Altenburg Jr.
                                 Judge, United States Bankruptcy Court