UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lydell Giddins
Nikki E. Giddins

Case No.: 16-29190

Hearing Date: _____

Judge: Altenburg

Chapter: 7

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 25, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____01/25/2017_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☑ Other: Case closed before closing deadline has expired.

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*